

Cupertino Electric, Inc.
c/o Cyberscout
PO Box 1286
Dearborn, MI 48126-9998

CUPERTINO ELECTRIC INC.

PICCEL00211517
JAY DEE WISE

July 28, 2023

Dear JAY WISE:

Cupertino Electric, Inc. ("CEI") is writing to notify you of an incident that may affect the privacy of some of your information. Although CEI has no indication of any identity theft or fraud occurring as a result of this event, this letter provides details of the incident, the company's response, and resources available to you to help protect your information from possible misuse, should you feel it is appropriate to do so.

**What Happened?**
On or around June 24, 2023, CEI became aware of suspicious activity on certain internal systems. In response, we launched an investigation of the activity with the assistance of third-party forensics specialists. We determined that an unauthorized third party accessed and acquired information on certain CEI systems between June 14, 2023 and June 24, 2023. We next undertook a comprehensive and thorough review of the impacted information to determine what information was involved in the incident and to whom that information pertained. On July 12, 2023 we determined that the confidentiality of personal data of certain office and field employees working at CEI between January 21, 1954 and June 23, 2023 was impacted in this incident.

**What Information Was Involved?**
Although CEI's investigation is ongoing, the information impacted by this incident may include your name, address, Social Security Number (SSN), driver's license number, and date of birth.

**What We Are Doing**
Data privacy and security are among CEI's highest priorities, and there are extensive measures in place to protect the information in our care. Upon discovery of the unauthorized activity, CEI promptly commenced an investigation with the assistance of third-party computer forensic specialists to confirm the nature and scope of the incident. The ongoing investigation and response has included confirming the security of our systems, reviewing the contents of relevant data for sensitive information, and notifying potentially impacted individuals. As part of our ongoing commitment to the privacy of information in our care at CEI, we are reviewing our policies, procedures and processes related to the storage and access of personal information to reduce the likelihood of a similar future event. We will also notify applicable regulatory authorities, as required by law.

As an added precaution, we are also offering **24 months of complimentary access to credit monitoring services** for affected employees through Cyberscout, a TransUnion company. Individuals who wish to receive these services must enroll by following the attached enrollment instructions as we are not able to enroll you on your behalf. Enrollment instructions may be found in the attached *Steps You Can Take to Protect Personal Information*.