1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**
**Lead Case No. 5:23-cv-04007-BLF**

In re:

**CUPERTINO ELECTRIC INC.**
**LITIGATION**

Lead Case No. 5:23-cv-04007-BLF

**NOTICE OF SETTLEMENT AND JOINT MOTION TO STAY LITIGATION AGAINST DEFENDANT CUPERTINO ELECTRIC INC.**

NOTICE OF SETTLEMENT AND JOINT MOTION TO STAY LITIGATION AGAINST DEFENDANT CUPERTINO ELECTRIC INC.

cupertino electric -

Plaintiffs Kevin Crowl and Jay Wise ("Plaintiffs") and Defendant Cupertino Electric Inc. ("Defendant") (collectively, the "Parties") hereby jointly provide notice that the Parties have reached a settlement in principle and now respectfully move the Court to stay the instant litigation pending filing of a Motion for Preliminary Approval of Settlement. In support thereof, the Parties aver as follows:

1.      Plaintiffs filed their Consolidated Class Action Complaint on February 1, 2024 (ECF No. 28).

2.      On March 11, 2024, Defendant filed a Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint and Strike Class Allegations (ECF No. 36). On March 25, 2024, Plaintiffs filed a Response in Opposition (ECF No. 40), and on April 1, 2024, Defendant filed its Reply (ECF No. 49).

3.      On July 25, 2024, the Court held a hearing on Defendant's Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint and Strike Class Allegations, and on August 14, 2024, the Court entered an Order Granting in Part and Denying in Part Defendant's Motion to Dismiss and Strike Class Allegations with Leave to Amend (ECF No. 69).

4.      On September 13, 2024, Plaintiffs filed their Amended Consolidated Class Action Complaint (ECF No. 75).

5.      Shortly after, the Parties began settlement negotiations. To allow the Parties time to continue gathering facts and negotiate a settlement, the Court continued Defendant's deadline to respond to Plaintiffs' Amended Consolidated Class Action Complaint from September 27, 2024 to October 11, 2024 (ECF No. 80). Subsequently, to

**NOTICE OF SETTLEMENT AND JOINT MOTION TO STAY LITIGATION AGAINST DEFENDANT CUPERTINO ELECTRIC INC.**

allow the Parties additional time to continue gathering facts and negotiate a settlement, the Court continued Defendant's deadline to respond to Plaintiffs' Amended Consolidated Class Action Complaint from October 11, 2024 to October 25, 2024 (ECF No. 82).

6.    Unable to reach an agreement, Defendant filed its Motion to Dismiss Plaintiffs' Amended Consolidated Class Action Complaint and Strike Class Allegations on October 25, 2024 (ECF No. 83). On November 8, 2024, Plaintiffs filed their Response in Opposition, and on November 15, 2024, Defendant filed its Reply (ECF No. 86).

7.    The Parties continued settlement negotiations and, on November 22, 2024, the Parties reached a settlement in principle to resolve and release on a class-wide basis all claims alleged against Defendant.

8.    Discovery is currently stayed, and the Court is set to hold a hearing on Defendant's Motion to Dismiss Plaintiffs' Amended Consolidated Class Action Complaint and Strike Class Allegations on February 27, 2025.

9.    The Parties therefore respectfully request that this Court stay all litigation between the Parties, vacate the pending Motion to Dismiss (ECF No. 83), and strike all other deadlines currently on the docket to allow the Parties to enter into a Settlement Agreement and prepare an unopposed Motion for Preliminary Approval of the settlement.

10.    The Parties are in the process of preparing a written settlement agreement and anticipate filing preliminary approval papers within the next forty-five (45) days. The Parties further propose to file a joint status report by Monday, January 13, 2025 updating the Court on their progress if they have not filed settlement approval papers by then.

**NOTICE OF SETTLEMENT AND JOINT MOTION TO STAY LITIGATION AGAINST DEFENDANT CUPERTINO ELECTRIC INC.**

1

2

3    Dated: November 27, 2024          */s/ William B. Federman*

4                                      William B. Federman (*Pro Hac Vice*)
                                       **FEDERMAN & SHERWOOD**

5                                      10205 N. Pennsylvania Ave.
                                       Oklahoma City, Oklahoma 73120

6                                      T: (405) 235-1560
                                       E: wbf@federmanlaw.com

7

8                                      *Counsel for Plaintiffs*

9

10   Dated: November 27, 2024          */s/ Sean V. Patel*

11                                      Sean V. Patel
                                        **WOOD SMITH HENNING & BERMAN**

12                                      **LLP**
                                        33 Riverside Ave., Suite 502

13                                      Westport, Connecticut 06880
                                        T: 475.755.7040

14                                      E: SPatel@wshblaw.com

15

16                                      *Counsel for Defendant*

17

18

19

20

21

22

23

24

25

26

27

28
                                        -3-
**NOTICE OF SETTLEMENT AND JOINT MOTION TO STAY LITIGATION AGAINST DEFENDANT**
**CUPERTINO ELECTRIC INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of November 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

Christopher J. Seusing
**Wood Smith Henning & Berman LLP**
685 3rd Ave., 18th Floor
New York, NY 10017
(475) 755-7050
cseusing@wshblaw.com

Jacob P. Wilson
**Wood Smith Henning & Berman LLP**
10960 Wilshire Blvd., 18th Floor
Los Angeles, CA 90024
(310) 480-7735
jwilson@wshblaw.com

Sean V. Patel
**Wood Smith Henning & Berman LLP**
33 Riverside Ave., Suite 502
Westport, CT 06880
spatel@wshblaw.com

-4-

**NOTICE OF SETTLEMENT AND JOINT MOTION TO STAY LITIGATION AGAINST DEFENDANT CUPERTINO ELECTRIC INC.**