United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

KEVIN CROWL, et al.,

             Plaintiffs,

    v.

CUPERTINO ELECTRIC, INC.,

             Defendant.

Case No. 23-cv-04007-BLF

**ORDER RE NOTICE OF SETTLEMENT**

[Re: ECF 83, 87]

On November 27, 2024, the parties filed a joint Notice of Settlement, requesting that the action between the parties be stayed, the pending Motion to Dismiss (ECF 83) be terminated, and all other deadlines be vacated. ECF 87. The Parties' request to stay the case is GRANTED. The pending Motion to Dismiss is TERMINATED WITHOUT PREJUDICE, and the February 27, 2025, hearing on the Motion to Dismiss is VACATED. ECF 83. The request to vacate all dates is GRANTED. The parties SHALL file a preliminary approval of class action settlement or further status report by February 15, 2025.

**IT IS SO ORDERED.**

Dated:  December 2, 2024

_____
BETH LABSON FREEMAN
United States District Judge