1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**
**Lead Case No. 5:23-cv-04007-BLF**

In re:

**CUPERTINO ELECTRIC INC. LITIGATION**

Lead Case No. 5:23-cv-04007-BLF

**STIPULATED MOTION FOR REMOTE APPEARANCE**

Date: June 5, 2025
Time: 9:00 a.m.
Courtroom: 1 – 5th Floor

[The Hon. Beth Labson Freeman]

COMES NOW Plaintiffs Kevin Crowl and Jay Wise ("Plaintiffs") and Defendant Cupertino Electric, Inc. ("Defendant") (collectively, the "Parties"), by and through their attorneys, and request permission from the Court to appear remotely via Zoom Video Conference for the hearing on Plaintiffs' Unopposed Motion for Preliminary Approval of Proposed Class Action Settlement and to Direct Notice to the Settlement Class (ECF No. 94) (the "Motion") scheduled for June 5, 2025, because proposed Class Counsel[1] and Cupertino's Counsel all reside more than 300 miles from the location of the proceedings in San Jose, California. Therefore, good cause exists for the Court to excuse personal attendance, where personal attendance is not necessary to have an effective hearing. In support of this Stipulated Motion for Remote Appearance, the Parties state as follows:

1. The Parties' hearing is set for June 5, 2025 at 9:00 a.m.

2. Proposed Class Counsel are located in Oklahoma City, Oklahoma.

3. Cupertino's Counsel are located in: (i) New York, New York; (ii) Los Angeles, California; (iii) Westport, Connecticut; and (iv) Kirkland, Washington.

4. Because proposed Class Counsel and Cupertino's Counsel reside over 300 miles from the proceedings in San Jose, California, and the Motion is unopposed, the Parties agree that personal appearance is not necessary to have an effective hearing.

5. Class Counsel and Cupertino's Counsel will be available via Zoom Video Conference on June 5, 2025.

---

[1] Unless otherwise noted, capitalized terms have the same meaning assigned to them in the Settlement Agreement attached as Exhibit A to the Declaration of William B. Federman in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement (ECF No. 94-1).

**STIPULATED MOTION FOR REMOTE APPEARANCE**

6. Good cause exists for the Court to allow proposed Class Counsel and Cupertino's Counsel to appear remotely via Zoom Video Conference, and no prejudice will result to either side in allowing all Parties to appear remotely at the hearing.

IT IS SO STIPULATED.


Dated: May 2, 2025          */s/ William B. Federman*

William B. Federman (*Pro Hac Vice*)
Tanner R. Hilton (*Pro Hac Vice*)
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Ave.
Oklahoma City, Oklahoma 73120
T: (405) 235-1560
E: wbf@federmanlaw.com

*Proposed Class Counsel*


Dated: May 2, 2025          */s/ Jacob P. Wilson*

Jacob P. Wilson
**WOOD SMITH HENNING & BERMAN LLP**
10960 Wilshire Blvd., 18th Floor
Los Angeles, California 90024
T: (310) 481-7735
E: jwilson@wshblaw.com

Christopher J. Seusing
**WOOD SMITH HENNING & BERMAN LLP**
685 3rd Ave., 18th Floor
New York, NY 10017
(475) 755-7050
cseusing@wshblaw.com

Sean V. Patel
**WOOD SMITH HENNING & BERMAN LLP**

**STIPULATED MOTION FOR REMOTE APPEARANCE**

cupertino electric - mpa

33 Riverside Ave., Suite 502
Westport, CT 06880
spatel@wshblaw.com

*Cupertino's Counsel*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 2nd day of May 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

Christopher J. Seusing
**Wood Smith Henning & Berman LLP**
685 3rd Ave., 18th Floor
New York, NY 10017
(475) 755-7050
cseusing@wshblaw.com

Jacob P. Wilson
**Wood Smith Henning & Berman LLP**
10960 Wilshire Blvd., 18th Floor
Los Angeles, CA 90024
(310) 480-7735
jwilson@wshblaw.com

Sean V. Patel
**Wood Smith Henning & Berman LLP**
33 Riverside Ave., Suite 502
Westport, CT 06880
spatel@wshblaw.com

*/s/ William B. Federman*
William B. Federman

**STIPULATED MOTION FOR REMOTE APPEARANCE**

cupertino electric - mpa