# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| KEVIN CROWL, et al.,<br>     Plaintiffs,<br>v.<br>CUPERTINO ELECTRIC, INC.,<br>     Defendant. | Case No. 5:23-cv-04007-BLF<br><br>**ORDER GRANTING REQUEST TO APPEAR REMOTELY AT HEARING ON MOTION FOR SETTLEMENT FINAL APPROVAL AND MOTION FOR ATTORNEY'S FEES; AND RESETTING IN-PERSON HEARING FOR REMOTE HEARING FOR ALL PARTIES** |

Defense counsel has filed a request to appear remotely at the hearing on the motion for final approval of the class action settlement and motion for attorney's fees. ECF No. 110. The Court finds the request to be well-taken. The Court prefers to conduct hearings either wholly in-person or wholly on Zoom. Accordingly, the hearing is HEREBY RESET for a remote hearing at 9:00 a.m. on December 4, 2025, via Zoom Webinar.

**IT IS SO ORDERED.**

Dated: November 21, 2025

_____
BETH LABSON FREEMAN
United States District Judge